David J. Lee, Esq., State Bar No. 296294
david@davidjleelaw.com
**DAVID LEE LAW, APC**
515 S. Flower Street, Suite 1900
Los Angeles, California 90071
T: (213) 236-3536
F: (866) 658-4722

Attorneys for Plaintiffs and the Class
JED ASIS and JUSTIN WATSON

William C. Martucci (*pro hac vice*)
wmartucci@shb.com
SHOOK, HARDY & BACON, L.L.P.
1800 K Street NW, Suite 1000
Washington, D.C. 20006
Tel: 202.783-8400
Fax: 202.783.4211

Jason M. Richardson (SBN250916)
jmrichardson@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel:  415.544.1900
Fax:  415.391.0281

Attorneys for Defendants
Foot Locker Retail, Inc. dba
Champs US, a New York corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JED ASIS and JUSTIN WATSON<br><br>Plaintiff,<br><br>vs.<br><br>FOOT LOCKER RETAIL, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00371-DJC-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA**<br><br>Complaint Filed:   January 26, 2023 |

**ORDER**

Pursuant to the Joint Stipulation to Remand Action to the Superior Court of California, and GOOD CAUSE appearing, it is ORDERED as follows:

1. This action entitled *Jed Asis and Justin Watson v. Foot Locker Retail, Inc.* (Case No. 2:23-cv-00371-DJC-KJN) is remanded to the Superior Court of California, County of San Joaquin (the "Action").

2. All future dates and deadlines in this Action are hereby vacated.

IT IS SO ORDERED.

Dated: May 12, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE